PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $28,000.00 IN U.S. CURRENCY,<br><br>  Defendant. | 2:22-CV-00077-MCE-KJN<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $28,000.00 in U.S. Currency ("defendant currency") seized on or about April 13, 2018.

2. A Verified Complaint and First Amended Complaint for Forfeiture *In Rem* ("Complaint") were filed on January 12, 2022, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On January 14, 2022, the Clerk issued a Warrant for Arrest for the defendant currency and that warrant was executed on January 25, 2022.

4. Beginning on January 19, 2022, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site

///

www.forfeiture.gov.  A Declaration of Publication was filed on February 18, 2022.  The published Notice of Forfeiture Action erroneously referenced an incorrect case number.

5. Beginning on March 2, 2022, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on April 1, 2022.

6. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Ryan Raczkowski

    b. Ricky Lee aka Ricky Phan

7. Claimant Ryan Raczkowski filed a Verified Claim claiming an interest in the defendant currency on January 10, 2023.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

8. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Ricky Lee on October 26, 2022.  Pursuant to Local Rule 540, the United States and claimant request that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Ricky Lee without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimant Ryan Raczkowski and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $20,000.00 of the Approximately $28,000.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $8,000.00 of the Approximately $28,000.00 in U.S. Currency shall be returned to Ryan Raczkowski through his attorney Kendell Ali.

///

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Ryan Raczkowski waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7. Based upon the allegations set forth in the First Amended Complaint for Forfeiture *In Rem* filed January 12, 2022, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

DATED:   January 30, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE